IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-135-FDW-DCK

| CYNTHIA RICHARDS-DONALD, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 51) filed by Eleanor A. Kolton, concerning Keshia A. Tiemann on March 24, 2016. Ms. Keshia A. Tiemann seeks to appear as counsel *pro hac vice* for Defendant Teachers Insurance & Annuity Association of America. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 51) is **GRANTED.** Ms. Keshia A. Tiemann is hereby admitted *pro hac vice* to represent Defendant Teachers Insurance & Annuity Association of America.

**SO ORDERED**.

Signed: March 24, 2016

David C. Keesler
United States Magistrate Judge