IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-135-FDW-DCK

| | |
|---|---|
| CYNTHIA RICHARDS-DONALD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 52) filed by Eleanor A. Kolton, concerning David W. Long-Daniels on March 24, 2016. Mr. David W. Long-Daniels seeks to appear as counsel *pro hac vice* for Defendant Teachers Insurance & Annuity Association of America. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 52) is **GRANTED.** Mr. David W. Long-Daniels is hereby admitted *pro hac vice* to represent Defendant Teachers Insurance & Annuity Association of America.

**SO ORDERED**.

Signed: March 24, 2016

David C. Keesler
United States Magistrate Judge