IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-135-FDW-DCK

| | |
|---|---|
| CYNTHIA RICHARDS-DONALD, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 59) filed by Kristen E. Finlon, concerning Lawrence M. Pearson on March 28, 2016. Mr. Lawrence M. Pearson seeks to appear as counsel *pro hac vice* for Plaintiff Cynthia Richards-Donald. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 59) is **GRANTED.** Mr. Lawrence M. Pearson is hereby admitted *pro hac vice* to represent Plaintiff Cynthia Richards-Donald.

**SO ORDERED**.

Signed: March 28, 2016

David C. Keesler
United States Magistrate Judge