IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-135-FDW-DCK

| CYNTHIA RICHARDS-DONALD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 66) filed by Kristen E. Finlon, concerning Michael J. Willemin on April 6, 2016. Mr. Michael J. Willemin seeks to appear as counsel *pro hac vice* for Plaintiff Cynthia Richards-Donald. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 66) is **GRANTED.** Mr. Michael J. Willemin is hereby admitted *pro hac vice* to represent Plaintiff Cynthia Richards-Donald.

**SO ORDERED**.

Signed: April 6, 2016

David C. Keesler
United States Magistrate Judge