IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-135-FDW-DCK

| CYNTHIA RICHARDS-DONALD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 84) filed by Eleanor A. Kolton, concerning Natasha L. Wilson on July 28, 2016. Ms. Natasha L. Wilson seeks to appear as counsel *pro hac vice* for Defendant Teachers Insurance Annuity Association of America (TIAA). Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 84) is **GRANTED.** Ms. Natasha L. Wilson is hereby admitted *pro hac vice* to represent Defendant Teachers Insurance Annuity Association of America (TIAA).

**SO ORDERED**.

Signed: July 28, 2016

David C. Keesler
United States Magistrate Judge