**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.  3:16-CV-135-FDW-DCK**

| | |
|---|---|
| **CYNTHIA RICHARDS-DONALD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     <u>**ORDER**</u> |
| | ) |
| **TEACHERS INSURANCE AND ANNUITY** | ) |
| **ASSOCIATION OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 85) filed by Eleanor A. Kolton, concerning Sumaya S. Ellard on July 28, 2016.  Ms. Sumaya S. Ellard seeks to appear as counsel *pro hac vice* for Defendant Teachers Insurance Annuity Association of America (TIAA).  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 85) is **GRANTED.**  Ms. Sumaya S. Ellard is hereby admitted *pro hac vice* to represent Defendant Teachers Insurance Annuity Association of America (TIAA).

**SO ORDERED**.

Signed: July 28, 2016

David C. Keesler
United States Magistrate Judge