IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-135-FDW-DCK

| | |
|---|---|
| CYNTHIA RICHARDS-DONALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TEACHERS INSURANCE AND ANNUITY ) | |
| ASSOCIATION OF AMERICA; TIAA- ) | |
| CREF INDIVIDUAL & INSTITUTIONAL ) | |
| SERVICES, LLC; TIAA BOARD OF ) | |
| OVERSEERS; and JARROD FOWLER, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Rodney A. Max, filed a "Mediator's Report To Court" (Document No. 88) notifying the Court that the parties reached a settlement on July 31, 2016. The Court commends the parties and Mr. Max for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **September 1, 2016**.

**SO ORDERED**.

Signed: August 2, 2016

David C. Keesler
United States Magistrate Judge